**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 25-2948
_____

IN RE: MARK-BRIAN KLINE,
                                             Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Civ. No. 2:23-cv-00398)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
on October 30, 2025

Before: BIBAS, PHIPPS, and NYGAARD, <u>Circuit Judges</u>

(Opinion filed: November 14, 2025)

_____

_____

OPINION[*]
_____

PER CURIAM

On October 7, 2025, Mark-Brian Kline filed a pro se petition for a writ of mandamus requesting that this Court compel the District Court to rule on his then-pending motion to proceed in forma pauperis.  On October 15, 2025, the District Court ruled on the motion, denying relief.  Given the District Court's ruling, we will dismiss the mandamus petition as moot.  See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir. 1996) ("If developments occur during the course of adjudication that . . . prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").

_____

[*]  This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.